## WEED & al. versus LERMOND, *Administrator*.

Although it is proper for an administrator to charge himself for the amount at which debts, due to the intestate, were appraised, such charge is not conclusive of his liability for that amount.

An administrator is not authorized to take such debts to his own use at the appraisal, nor bound to account for them at the appraisal. His responsibility is that of reasonable diligence in the collection of them.